ADOLPH EICHHOLZ, as Trustee in Bankruptcy of JOHN
McKIM, Individually, and Trading as JOHN McKIM
AND COMPANY, Respondent and Appellant, *v.* ISAAC
POLACK et al., Copartners, under the Firm Name of
POLACK & GOLDSTONE, et al., Appellants and
Respondents.

*Eichholz* v. *Polack*, 140 App. Div. 551, reversed.
(Argued May 20, 1913; decided June 3, 1913.)

CROSS-APPEALS from a judgment of the Appellate
Division of the Supreme Court in the first judicial depart-
ment, entered December 19, 1910, modifying and affirm-
ing as modified a judgment in favor of plaintiff entered
upon a decision of the court on trial at Special Term in
an action to set aside an alleged fraudulent transfer.

*Nathan D. Stern* and *Julius J. Michael* for plaintiff,
respondent and appellant.

*Dean Emery* and *Frederic R. Kellogg* for defendants,
appellants and respondents.

Judgment of the Appellate Division so far as it modi-
fied the judgment of the Special Term reversed, and the
judgment of the Special Term in all things affirmed, with
costs to plaintiff in both courts; no opinion.

Concur: CULLEN, Ch. J., GRAY, CHASE, CUDDEBACK
and HOGAN, JJ. Not voting: WILLARD BARTLETT, J.
Not sitting: MILLER, J.